UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>                Plaintiff,<br>v.<br><br>GENPACT SERVICES, LLC.,<br><br>                Defendant. | Case No. 18-cv-00934-RSL<br><br>ORDER GRANTING DEFENDANT GENPACT SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant Genpact Services LLC's Motion for Summary Judgment. The motion is unopposed.[1] The Court, having considered the motion, declarations, and exhibits submitted by defendant, GRANTS the motion. Plaintiff's claims are hereby DISMISSED with prejudice. The Court declines to award fees and costs.

Dated this 14th day of January, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiff registered for electronic access to the docket on December 28, 2018. No response or request for additional time had been filed in the intervening two weeks.

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1